AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of California

FILED 2012 MAR -5 A 9:16

United States of America
v.
NICOLAS PERRETT
*Defendant(s)*

Case No. 3 12 70263

E-filing NC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 4, 2012 in the county of San Mateo in the Northern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(2)+(a)(4)(B) | Receipt and possession of child pornography |

NCG

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF HSI Special Agent Claire Groom

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Special Agent Claire Groom
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/5/2012

[signature]
*Judge's signature*

City and state: San Francisco, CA

Honorable Nathaniel Cousins
*Printed name and title*

**ATTACHMENT A**

Count One

On or about March 4, 2012, in the Northern District of California, the defendant,

**NICOLAS PERRETT,**

unlawfully, willfully, and knowingly did receive a visual depiction using a means and facility of interstate and foreign commerce, the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

Count Two

On or about March 4, 2012, in the Northern District of California, the defendant,

**NICOLAS PERRETT,**

unlawfully, willfully, and knowingly did possess and knowingly access with intent to view a matter which contains a visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## ATTACHMENT B

## AFFIDAVIT OF CLAIRE GROOM

I, CLAIRE GROOM, Special Agent of Homeland Security Investigations, being duly sworn, do declare and state:

1. I am a Special Agent of Homeland Security Investigations ("HSI") (and its predecessor agencies) for approximately ten years. I am presently assigned to the San Francisco International Airport, where I am responsible for investigating criminal violations of federal law and for protecting the borders of the United States. During my career as a Special Agent, I have conducted and participated in a variety of investigations, including investigations involving the possession of child pornography. The information set forth below is based on my own investigation and/or on conversations I have had with other law enforcement officers, as well as from reviewing law enforcement documents.

2. This Affidavit is made in support of a Criminal Complaint charging **NICOLAS PERRET** with receipt and possession of child pornography, in violation of Title 18, United States Code, Section 2252.

3. Because this Affidavit is submitted for the limited purpose of establishing probable cause for the arrest of **PERRET**, I have not included each and every fact known to me about this investigation. Rather, I have set forth only the facts that I believe are necessary to support the lawful arrest of **PERRET**.

4. Where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records are referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

5. On or about March 4, 2012, I received a call from an agent of Customs and Border Patrol ("CBP") at San Francisco International Airport (the "Airport") and learned the following:

   a. CPB had received an alert for **NICOLAS PERRET** from HSI's attaché in Canada. **PERRET** was under investigation and sought by Canadian law enforcement for having sex with a minor he met via the Facebook.
   b. During the afternoon of March 4, 2012, **PERRET** arrived at San Francisco International Airport via an international flight. Before he entered the United States, **PERRET** was diverted to secondary screening. A computer hard drive he had was searched, and a video of suspected child pornography was found on it.
   c. **PERRET** was detained for questioning.

6. After I arrived at the Airport, another agent and I reviewed the video of suspected child pornography on **PERRET**'s hard drive. The video depicted two girls who took off their clothes and then displayed their buttocks and genitals during what appeared to be a video

"chat" session. Based on my experience and training, the girls appeared to be between 10 to 12 years of age.

7. Other agents and I conducted an interview of **PERRET**, who is a French national but spoke English as well as French. Prior to starting the interview, we advised **PERRET** of his Miranda rights in both French and English, and he agreed to waive them, both orally and in writing, and respond to our questions. Among other things, in sum and substance, **PERRET** stated that: (1) he had never touched any woman or girl other than his wife and that he had downloaded the child pornography on his hard drive to cope with the stress of his job and because he was having a mid-life crisis; and (2) he knew it was wrong to have the video, but claimed he downloaded it and did not actually chat with the girls in the video.

8. Based on the foregoing, I hereby assert that probable cause exists to believe that **NICOLAS PERRET** has violated Title 18, United States Code, Section 2252, i.e., receipt and possession of child pornography.

CLAIRE GROOM
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
this 5th day of March, 2012

HON. NATHANAEL COUSINS
U.S. MAGISTRATE JUDGE